IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO

| UNITED STATES OF AMERICA,<br>v. | JUDGMENT<br>INCLUDING SENTENCE UNDER THE<br>SENTENCING REFORM ACT |
|---|---|
| TRINIDAD GUDINO RODRIGUEZ | CASE NO:1:06-MJ-00248 DLB |
| | Steven Betz, Assistant Federal Defender<br>(Defendant's Attorney of Record) |

**THE DEFENDANT** was found guilty on Count(s) 1,3 and 6 , in the ( X )Superseding Information ( ) Violation, after a ( X ) plea of guilty ( ) court trial.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNTS NUMBER(s) | DATE OF OFFENSE |
|---|---|---|---|
| 36CFR4.23(a)(2) | Operating a Motor Vehicle with a breath alcohol concentration in excess of .08. | ONE | 09/28/2006 |
| 36CFR4.2 and CVC 14601.1(a) | Operating a Motor Vehicle when driving privileges have been suspended. | THREE | 09/28/2006 |
| 36CFR4.21(c) | Speeding | SIX | 09/28/2006 |

The defendant is sentenced as provided in pages 1 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ X ]  Count(s) 2,4 and 5  Dismissed on Motion of the Government.

[ ]  The fine imposed by this Judgment is _____, and is payable to the Clerk of the court.

[ X ]  The mandatory special assessment imposed by this sentence is $ 30.00 , payable to the Clerk of the court. ($10 special assessment on each count for a total of $30.00)

[ X ]  No fine is imposed, due to the defendants' inability to pay.

[ ]  Restitution imposed by this Judgment is $ _____, payable to:

_____
(Payee's Name)

_____
(Payee's Address)

_____
(City, State, Zip Code)

**IT IS FURTHER ORDERED that** the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

Original - Court; Copies to: Defendant, Defendant's counsel, Probation, U.S. Attorney, U.S. Marshal, Pretrial Service, Financial

DEFENDANT:                                                                               **JUDGMENT - Page 2 of 2**
CASE NO.: 1:06-MJ-00248 DLB

Social Security Number: None

Date of Birth:  Not available

     The defendant is placed on **Limited UN- Supervised Probation** for    1    year, and shall abide by the following standard conditions adopted by the court:

1. The defendant shall not commit another federal, state, or local crime, and not illegally possess a controlled substance. Revocation of probation is mandatory for illegal possession of a controlled substance.
2. The defendant shall report, forthwith, to the probation officer and thereafter as directed.
3. The defendant shall answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4. The defendant shall notify the probation officer within 72 hours of any change in residence or employment, and of any arrest, citation, or contact with law enforcement officers.
5. The defendant shall make payments on all financial obligations imposed by this judgment in installments as directed by the probation officer.

**You shall comply with the following special conditions:**

[X] 30 days jail facility, pursuant to 18 U.S.C. 3563 (b)(10), to commence as directed by the probation officer.
    **30 days  Credit for Time Served**.

[ ] ____ months/days Community Corrections Center, pursuant to 18 U.S.C. 3562(b)(11), as directed by the probation officer. Pay costs of confinement, as determined by the Bureau of Prisons.

[ ] ____ hours of unpaid community service, and pay fees not to exceed $ _____, as directed by the probation officer.

[ ] Probation shall become unsupervised upon completion of all special conditions and payment of financial obligations, set forth by this court.

[ ] _____

[ ] _____

Mailing Address:                                                           Date of Sentencing:   10/27/2006

 Fresno County Jail

                                                                            /s/ *Dennis L. Beck*
                                                                            Signature of Judicial Officer
Residence Address:

                                                                            DENNIS L. BECK, U.S. MAGISTRATE JUDGE
                                                                            Name & Title of Judicial Officer

County: Fresno                                                                 DATE:        October 27, 2006